**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Vidal MATEO, also known as Luis**
**Feliciano, Defendant—**
**Appellant.**

**No. 03–20228**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 22, 2003.

James Lee Turner, Assistant US Attorney, John Richard Berry, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before KING, Chief Judge, and EMILIO M. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:*

Vidal Mateo appeals his conviction for conspiracy to possess with intent to distribute five kilograms or more of cocaine, possession with intent to distribute more than five kilograms of cocaine, and possession with intent to distribute more than 500 grams of cocaine. He argues that the district court abused its discretion by allowing the testimony of eight Government witnesses in light of the fact that the prosecutor failed to comply with discovery provisions contained in FED. R.CRIM. PROC. 16. He further argues that the cumulative effect of the alleged errors warrants reversal.

Our review of the record discloses no errors that warrant reversal. *See United States v. Doucette,* 979 F.2d 1042, 1044–45 (5th Cir.1992). Because Mateo has shown no error, his cumulative-error contention is without merit. *See United States v. Neal,* 27 F.3d 1035, 1052 (5th Cir.1994). Accordingly, Mateo's conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.